UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 09-1002 |
|---|---|---|---|
| | J & J Sports Productions, Inc., et al | | |
| | *versus* | | |
| | Marisol Vega, et al | | |

This lawyer, who is admitted to the State Bar of _____ Texas _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Baltasar D. Cruz<br><br>P.O. Box 600823<br>Dallas, TX 75360<br>(214) 369-9058<br>Texas 05196150<br>Northern District of Texas 05196150 |
|---|---|

United States Courts
Southern District of Texas
FILED

MAY 14 2009

Michael N. Milby, Clerk of Court

Seeks to appear as the attorney for this party:

| all Defendants: Marisol Vega and Houston Puerto Rican Restaurant, L.L.C. | |
|---|---|
| Dated: April 30, 2009 | Signed: [signature] |

| COURT USE ONLY: The state bar reports that the applicant's status is: Active |
|---|
| Dated: 5/18/09 | Signed: [signature] Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                  United States District Judge