UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **July 26, 2008 Cotto/Margarito** Program,

                        Plaintiff,                Civil Action No. 4:09-CV-1002-LHR

    -against-

MARISOL VEGA, Individually and as officer, director, shareholder and/or principal of HOUSTON PUERTO RICAN RESTAURANT, LLC d/b/a ISLA COQUI a/k/a ISLA COQUI PUERTO RICAN RESTAURANT & BAR a/k/a ISLA COQUI RESTAURANT & BAR, and HOUSTON PUERTO RICAN RESTAURANT, LLC d/b/a ISLA COQUI a/k/a ISLA COQUI PUERTO RICAN RESTAURANT & BAR a/k/a ISLA COQUI RESTAURANT & BAR,

                        Defendants.

---

**CONSENT MOTION FOR ADMINISTRATIVE DISMISSAL**

      Comes Plaintiff, J & J Sports Productions, Inc., through counsel, Julie Cohen Lonstein, and moves this Court for an Order of Administrative Dismissal in this matter.

      This is based upon a settlement made between Plaintiff and the named Defendants wherein the Defendants will pay a certain consideration over a period of time not to exceed September 15, 2009.

      Plaintiff specifically reserves the right, in the event of any non-payment by the Defendants named herein, to reopen and reinstate its claim against the Defendants. Alternatively, upon completion of the terms of any settlement, Plaintiffs will dismiss their claim against the Defendants with prejudice.

     The Dismissal herein will be without cost to either party pursuant to Rule 41 of the Federal Rules of Civil Procedure.

     A proposed Order is attached hereto.

Respectfully,

Dated: August 14, 2009
Ellenville, NY 12428

By: /s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
Attorney for Plaintiff,
Attorney in Charge
SDTX Bar Roll No. 21857
1 Terrace Hill, PO Box 351
Ellenville, New York 12428
Telephone:  845-647-8500
Facsimile:   845-647-6277
Email: Julie@signallaw.com
Info@signallaw.com

/s/ Lauren Serper
Lauren Serper, Esq.
Local Counsel for Plaintiff,
Law Offices of Lauren M. Serper
3405 Edloe, Suite 200
Houston, TX 77027
Telephone: 713-278-9398
Facsimile:  713-785-0808
Email: lolms1@aol.com

CERTIFICATE OF CONFERENCE

     I hereby certify that on **August 13, 2009**, I conferred with Defendant's counsel Baltasar D. Cruz, via Telephone, with regard to the settlement of this matter, wherein the settlement funds are due on September 3, 2009.

By: /s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.